IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Donovan Coombs Thompson,<br><br>    Defendant. | Criminal Case No. 18-30007-MGM |

MEMORANDUM AND ORDER DENYING THE GOVERNMENT'S
MOTION FOR PRETRIAL DETENTION

Defendant Donovan Coombs-Thompson is charged by indictment with two counts of distribution and possession with intent to distribute cocaine base. The government has moved for pre-trial detention, invoking the presumption that applies in drug cases where the potential sentence is ten years or more. 18 U.S.C. § 3142(e)(3)(A). The court held a hearing on the government's motion on February 8, 2018, and, at the conclusion of the hearing, took the government's motion under advisement.

The factors to be considered in determining whether to release a defendant are set forth in 18 U.S.C. § 3142(g) and include the nature and circumstances of the offense charged; the weight of the evidence as to guilt; the history and characteristics of the accused, including family ties, history relating to drug or alcohol abuse, criminal history, record concerning appearances at court proceedings, financial resources and employment; and the nature and seriousness of the danger to any person or the community that would be posed by a release. *See* 18 U.S.C. § 3142(g).

1

The government's reasons for moving for pre-trial detention are apparent and carry weight. A federal grand jury has found probable cause to believe that Mr. Coombs-Thompson distributed crack cocaine, an addictive substance that poses danger to the community. He has an open case pending in the Hampden County Superior Court in which he is charged with (but has not been convicted of) serious offenses involving firearms. The current charges are based on conduct that allegedly occurred while he was on pretrial release on the state court charges. The government's case is strong.

In terms of his personal characteristics, Mr. Coombs-Thompson is a young man – 24 years old – whose history of criminal convictions is relatively insignificant. As an adult, his only conviction is for trespassing. A charged of resisting arrest was continued without a finding and dismissed. The charges he presently faces in federal court are for street-level distribution in relatively modest amounts. He is not charged with importing significant amounts of controlled substances into the community or participating in a widespread conspiracy to distribute narcotics. He is not facing a minimum mandatory sentence. Although Mr. Coombs-Thompson's father lives in Florida, the defendant has very strong family ties in this community, where he has lived for his entire life. He resides with his mother and brother and cooperates with a former significant other to contribute to the care of his four-year old son. He has no record of employment, did not finish high school and has no personal financial resources. So far as the court is aware, he does not have a history of alcohol abuse or serious substance abuse.

Notwithstanding the presumption, *see* 18 U.S.C. § 3142(e)(3)(A), based on the street-level nature of the criminal conduct alleged in the indictment, Mr. Coombs-Thompson's personal background, including strong ties to the community and a comparatively modest criminal

history, the court concludes that the defendant has rebutted the presumption of pretrial detention and that there are conditions of supervised release that will reasonably ensure the safety of other persons and the community and his future appearances in court if he is released pending trial. A form of conditions of release for Mr. Coombs-Thompson is attached hereto as exhibit 1. The United States Marshal is ordered to keep Mr. Coombs-Thompson in custody until a surety bond is posted and all other conditions of release, including installation of location monitoring equipment, are satisfied.

                                                                   /s/ Katherine A. Robertson
                                                                   KATHERINE A. ROBERTSON
Dated: February 9, 2018                            United States Magistrate Judge